UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LYNN CRABB, ) | 1:05-CV-0941 REC SMS HC |
| ) | |
| Petitioner, ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION TO CHANGE NAME OF |
| v. ) | RESPONDENT |
| ) | [Doc. #6] |
| JAMES A. YATES, Warden, ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. ) | TO CHANGE NAME OF RESPONDENT |
| ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Gregory H. Mitts, Esq.

    On August 31, 2005, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On September 30, 2005, Petitioner filed a motion to amend the petition. Petitioner requests that James A. Yates, Warden of Pleasant Valley State Prison, be named as Respondent in this matter.

    A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

1    Accordingly, Petitioner's motion for leave to amend the petition to name James A. Yates as
2 Respondent in this matter is GRANTED.  The Clerk of Court is DIRECTED to change the name of
3 Respondent to James A. Yates.
4 IT IS SO ORDERED.
5 **Dated:    October 12, 2005**            **/s/ Sandra M. Snyder**
     icido3                                    UNITED STATES MAGISTRATE JUDGE