IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY LYNN CRABB,**<br><br>                              Petitioner,<br><br>v.<br><br>**JAMES A. YATES, Warden,**<br><br>                              Respondent. | CV F-05-0941 REC SMS HC<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO SEAL DOCUMENTS**<br><br>[Doc. 12] |

Good cause appearing, Respondent's motion to seal the confidential probation report is

GRANTED. The Clerk of Court is DIRECTED to seal the report (Docket No. 14, Lodged Doc. No. 14).

IT IS SO ORDERED.

**Dated:    January 11, 2006**              /s/ Sandra M. Snyder
23ehd0                                       UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1